No. 91-7688. SANCHEZ *v.* MANN, SUPERINTENDENT, SHAWAN-GUNK CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91-7689. ABDULLAH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91-7690. DAVIS *v.* CARROLL COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 91-7694. ORGAIN *v.* ORGAIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 91-7695. RAMIREZ *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91-7699. GUSTAFSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91-7700. HANSEN *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 91-7705. GHENT *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 91-7706. DAVIS *v.* WALDRON ET AL. C. A. 5th Cir. Certiorari denied.

No. 91-7707. WASHINGTON *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 91-7710. FARNUM *v.* THALACKER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 91-7712. HAMMOND *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91-7714. WALKER *v.* PENNSYLVANIA LEGISLATIVE REAPPORTIONMENT COMMISSION. Sup. Ct. Pa. Certiorari denied.

No. 91-7716. CASEBOLT *v.* SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.